UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NICOLE RUSSO,                                              :
                                                          :
                              Plaintiff,                  :
                                                          :
              – against –                                 :
                                                          :        **STIPULATION OF**
                                                          :        **DISCONTINUANCE**
                                                          :
RM BAKERY LLC, d/b/a LEAVEN & CO., and MARK               :        19-cv-5473 (KPF)
RIMER, in his personal and professional capacities,       :
                                                          :
                              Defendants.                 :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff

Nicole Russo and counsel for Defendants RM Bakery LLC d/b/a Leaven & Co. and Mark Rimer

that all claims raised in and/or which could have been raised in the referenced matter are herein

discontinued with prejudice without costs or fees as to any party.

    **IT IS FURTHER STIPULATED AND AGREED,** that the Court shall retain jurisdiction

over this action until payment is made.

    **IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may contain

counterparts or facsimile signatures, which shall be deemed as originals.

Dated:  White Plains, New York                    Dated:  Roseland, New Jersey
        June 26 , 2019                            June 26, 2019

 

Howard Schragin, Esq.                           Jeffrey Wasserman, Esq.
Kelly Jines, Esq.                                Mandelbaum Salsburg P.C.
Sapir Schragin LLP                             3 Becker Farm Road, Suite 105
399 Knollwood Road, Suite 310            Roseland, New Jersey 07068
White Plains, New York 10603             (973) 243-7980
(914) 328-0366                                E-Mail: Jwasserman@lawfirm.ms
E-mail: HSchragin@sapirschragin.com     *Attorneys for Defendants*
        kjines@sapirschragin.com
*Attorneys for Plaintiff*